No. 12–7.  BAKER v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 12–8.  PAHSSEN, AS NEXT FRIEND OF DOE, A MINOR v. MERRILL COMMUNITY SCHOOL DISTRICT ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 12–12.  TURRUBIATES v. FAMILY PRACTICE ASSOCIATES OF WESTERN KANSAS, LLC, ET AL.  Ct. App. Kan.  Certiorari denied.

No. 12–14.  GRYNBERG PRODUCTION CORP. ET AL. v. SUSMAN GODFREY, L. L. P.  C. A. 10th Cir.  Certiorari denied.

No. 12–18.  SLEDGE v. MARSHALL COUNTY SHERIFF DEPARTMENT.  C. A. 5th Cir.  Certiorari denied.

No. 12–19.  CONNOR v. ST. LOUIS COUNTY, MISSOURI, DBA MUSEUM OF TRANSPORTATION.  C. A. 2d Cir.  Certiorari denied.

No. 12–20.  COULTER v. KELLY, ATTORNEY GENERAL OF PENNSYLVANIA, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 12–21.  CHUNG v. JOHNSTON ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–22.  ALI, AKA ALI-GARDNER v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 12–24.  CAMPBELL, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF BOOTH v. WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–26.  WILLIAMS ET UX. v. BENTLEY MOTORS, INC., ET AL.  Sup. Ct. Cal.  Certiorari denied.

No. 12–27.  JONES v. UNITED PARCEL SERVICE, INC.  C. A. 10th Cir.  Certiorari denied.

No. 12–28.  KRUKEMYER v. FORCUM.  C. A. 6th Cir.  Certiorari denied.